UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$137,499.16 IN UNITED STATES CURRENCY, *in rem*,<br><br>Defendant. | Case No. 3:23-cv-00228-MO<br><br>WARRANT FOR ARREST AND SEIZURE OF PROPERTY |

TO: UNITED STATES CUSTOMS AND BORDER PROTECTION FOR HOMELAND SECURITY INVESTIGATIONS OR OTHER AUTHORIZED OFFICERS

Based upon the Complaint filed herein praying that process issue for the arrest of Defendant, *in rem*, $137,499.16 U.S. currency, and the Court being satisfied that based upon the verified Complaint filed that there is probable cause to believe that Defendant, *in rem*, $137,499.16 U.S. currency, represents proceeds traceable to an exchange for controlled substances or was used or intended to be used to facilitate such a transaction in violation of 21 U.S.C. § 801, *et. seq.*, and is forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

You are hereby commanded to arrest and take into your possession until further order of the Court, Defendant, *in rem*, $137,499.16 U.S. currency.

**Warrant for Arrest and Seizure of Property**  Page 1

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant currency may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous. The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or thirty days after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an Answer to the Complaint under Rule G(5)(b) within twenty-one days after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, Oregon 97204. A copy of the Claim and Answer must be served upon Julia E. Jarrett, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, Oregon 97204. Default and forfeiture may be ordered if these procedures are not followed. 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED: February 17, 2023.

*/s/ Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
Senior United States District Judge