FILED 19 APR '23 10:31 USDC-ORP

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | No  3:23-CV-00228-MO |
| vs. | HENRY KOFFIE'S CLAIM TO $137,499.16 |
| $137,499.16, *in rem*,<br>    Defendant | |

I, Henry Konah Koffie, do declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I claim the $137,499.16 the prosecution seeks to forfeit in this case;

2. I am the owner of the property;

Respectfully submitted    April _16_, 2023

*Henry Koffie*
Henry Konah Koffie

Mailed 4.16.23

PAGE 1 – HENRY KOFFIE'S CLAIM TO $137,499.16
document3  4/6/2023