NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| | **Case No. 3:23-cv-00228-MO** |
| **Plaintiff,** | |
| **v.** | **STATUS REPORT** |
| **$137,499.16 IN UNITED STATES CURRENCY,** *in rem*, | |
| **Defendant.** | |

The United States hereby provide this Court with the following Status Report.

On May 10, 2023, attorney James Halley for claimant Henry Koffie, filed a Motion for

Stay, Motion for Special Appearance, and Motion for Extension of Time to File Answer.  On May

22, 2023, this Court granted that motion.

Pursuant to Local Rule 7-1(a)(3), the parties have conferred in advance of this status report.

**Status Report**                                                                                              **Page 1**

Claimant Koffie is the subject of a related criminal case in this district (*United States v. Henry Koffie*, Or. USDC case no. 3:17-cr-00219-MO) as well as two cases in Pennsylvania (E.D. Pa. USDC Case No. 17-cr-500-PD and W.D. Pa. USDC Case No. 17-cr-204-CB). Sentencing in the Oregon case has been continued to November 8, 2023. The parties agree the stay in this matter should continue during the pendency of the Oregon and Pennsylvania criminal cases.

The parties hereby move this Court, pursuant to 18 U.S.C. § 981(g)(1), to continue the stay ordered in this case.

Per the Court's previous Order, the Plaintiff will provide this Court with an update in 90 days (ECF No. 7).

DATED: August 16, 2023.

**NATALIE K. WIGHT**
United States Attorney

*/s/ Julia E. Jarrett*
**JULIA E. JARRETT**
Assistant United States Attorney

**Status Report**                                                                 **Page 2**